| **United States Bankruptcy Court** <br> *SOUTHERN* DISTRICT OF *NEW YORK* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br><br> *Big Apple Volkswagen, LLC* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> *aka Big Apple Volkswagen* | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN <br> (if more than one, state all): *20-4426910* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> *3743 Boston Post Road* <br> *Bronx NY* <br> ZIPCODE *10466* | Street Address of Joint Debtor (No. and Street, City, and State): <br><br> ZIPCODE |
| County of Residence or of the <br> Principal Place of Business: *Bronx* | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> *SAME* <br> ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br><br> ZIPCODE |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): *SAME* <br> ZIPCODE | |

| **Type of Debtor** (Form of organization) <br> (Check one box.) <br><br> ☐ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☒ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (if debtor is not one of the above <br> entities, check this box and state type of <br> entity below <br><br> ———————————— | **Nature of Business** <br> (Check one box.) <br><br> ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined <br> in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☒ Other *Car Dealer* <br><br> **Tax-Exempt Entity** <br> (Check box, if applicable.) <br><br> ☐ Debtor is a tax-exempt organization <br> under Title 26 of the United States <br> Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which <br> the Petition is Filed** (Check one box) <br><br> ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition <br> ☐ Chapter 9       of a Foreign Main Proceeding <br> ☒ Chapter 11 <br> ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition <br> ☐ Chapter 13       of a Foreign Nonmain Proceeding <br><br> **Nature of Debts** (Check one box) <br><br> ☐ Debts are primarily consumer debts, defined   ☒ Debts are primarily <br> in 11 U.S.C. § 101(8) as "incurred by an     business debts. <br> individual primarily for a personal, family, <br> or household purpose" <br><br> **Chapter 11 Debtors:** <br> **Check one box:** <br> ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D). <br> ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts <br> owed to insiders or affiliates) are less than $2,343,300 (amount <br> subject to adjustment on 4/01/13 and every three years thereafter). <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition <br> ☐ Acceptances of the plan were solicited prepetition from one or more <br> classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|---|

| **Filing Fee** (Check one box) <br><br> ☒ Full Filing Fee attached <br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must <br> attach signed application for the court's consideration certifying that the debtor <br> is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must <br> attach signed application for the court's consideration. See Official Form 3B. | |
|---|---|

**Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ <br> 1-49 | ☒ <br> 50-99 | ☐ <br> 100-199 | ☐ <br> 200-999 | ☐ <br> 1,000-<br>5,000 | ☐ <br> 5,001-<br>10,000 | ☐ <br> 10,001-<br>25,000 | ☐ <br> 25,001-<br>50,000 | ☐ <br> 50,001-<br>100,000 | ☐ <br> Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ <br> $0 to <br> $50,000 | ☐ <br> $50,001 to <br> $100,000 | ☐ <br> $100,001 to <br> $500,000 | ☐ <br> $500,001 <br> to $1 <br> million | ☒ <br> $1,000,001 <br> to $10 <br> million | ☐ <br> $10,000,001 <br> to $50 <br> million | ☐ <br> $50,000,001 <br> to $100 <br> million | ☐ <br> $100,000,001 <br> to $500 <br> million | ☐ <br> $500,000,001 <br> to $1 billion | ☐ <br> More than <br> $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ <br> $0 to <br> $50,000 | ☐ <br> $50,001 to <br> $100,000 | ☐ <br> $100,001 to <br> $500,000 | ☐ <br> $500,001 <br> to $1 <br> million | ☒ <br> $1,000,001 <br> to $50 <br> million | ☐ <br> $10,000,001 <br> to $50 <br> million | ☐ <br> $50,000,001 <br> to $100 <br> million | ☐ <br> $100,000,001 <br> to $500 <br> million | ☐ <br> $500,000,001 <br> to $1 billion | ☐ <br> More than <br> $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Big Apple Volkswagen, LLC* |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>**X** _____  *3/30/2011*<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Big Apple Volkswagen, LLC* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

3/30/2011
(Date)

### Signature of Attorney*

X */s/ Eric J. Snyder*
Signature of Attorney for Debtor(s)

*Eric J. Snyder*
Printed Name of Attorney for Debtor(s)

*Wilk Auslander LLP*
Firm Name

*675 Third Avenue*
Address

*New York NY   10017*

*212-421-2233*
Telephone Number

*3/30/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Julian Salim*
Signature of Authorized Individual

*Julian Salim*
Printed Name of Authorized Individual

*Managing Member*
Title of Authorized Individual

*3/30/2011*
Date

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re  *Big Apple Volkswagen, LLC*
      *aka Big Apple Volkswagen*

Case No.
Chapter  *11*

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>JM&A Group<br>500 Jim Moran Blvd.<br>Deerfield Beach FL   33442 | Phone:<br>JM&A Group<br>500 Jim Moran Blvd.<br>Deerfield Beach FL   33442 | | | $ 55,432.00 |
| 2<br>Ignazio & Rosalie Franciamore<br>21 Michael Drive<br>Scarsdale NY   10583 | Phone:<br>Ignazio & Rosalie Franciamore<br>21 Michael Drive<br>Scarsdale NY   10583 | | | $ 23,493.63 |
| 3<br>Universal Underwriters<br>1683 Paysphere Circle<br>Chicago IL   60674 | Phone:<br>Universal Underwriters<br>1683 Paysphere Circle<br>Chicago IL   60674 | | | $ 13,000.00 |
| 4<br>Autotrader.com<br>P.O. Box 932207<br>Atlanta GA   31193 | Phone:<br>Autotrader.com<br>P.O. Box 932207<br>Atlanta GA   31193 | | | $ 12,150.00 |
| 5<br>Empire Blue Cross<br>P.O. Box 1407<br>Church Street Station<br>New York NY   10008-1407 | Phone:<br>Empire Blue Cross<br>P.O. Box 1407<br>Church Street Station<br>New York NY   10008-1407 | | | $ 9,786.14 |

_____ ,
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>*Reynolds & Reynolds*<br>*23150 Network Place*<br>*Chicago IL   60673* | Phone:<br>*Reynolds & Reynolds*<br>*23150 Network Place*<br>*Chicago IL   60673* | | | $ 8,306.21 |
| 7<br>*The Cobalt Group*<br>*Dept. CH17034*<br>*Palatine IL   60055* | Phone:<br>*The Cobalt Group*<br>*Dept. CH17034*<br>*Palatine IL   60055* | | | $ 7,596.00 |
| 8<br>*Higher Gear Group*<br>*36487 Treasury Center*<br>*Chicago IL   60694* | Phone:<br>*Higher Gear Group*<br>*36487 Treasury Center*<br>*Chicago IL   60694* | | | $ 6,710.00 |
| 9<br>*TD Equipment Finance*<br>*P.O. Box 5000*<br>*Lewiston ME   04243* | Phone:<br>*TD Equipment Finance*<br>*P.O. Box 5000*<br>*Lewiston ME   04243* | | | $ 5,215.50 |
| 10<br>*Reyna Capital Corp.*<br>*21175 Network Place*<br>*Chicago IL   60673-1211* | Phone:<br>*Reyna Capital Corp.*<br>*21175 Network Place*<br>*Chicago IL   60673-1211* | | | $ 4,726.66 |
| 11<br>*Gundermann & Gundermann*<br>*175 W. Carver Street*<br>*Brooklyn NY   11243-0560* | Phone:<br>*Gundermann & Gundermann*<br>*175 W. Carver Street*<br>*Brooklyn NY   11243-0560* | | | $ 4,145.20 |
| 12<br>*Auto Revenue*<br>*P.O. Box 3868*<br>*Norfolk VA   23514-3220* | Phone:<br>*Auto Revenue*<br>*P.O. Box 3868*<br>*Norfolk VA   23514-3220* | | | $ 4,114.32 |
| 13<br>*Willow Brook Development LLC*<br>*2 Noble Street*<br>*Brooklyn NY   11222* | Phone:<br>*Willow Brook Development LLC*<br>*2 Noble Street*<br>*Brooklyn NY   11222* | | | $ 3,727.40 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Car Fax Inc.<br>16630 Collection Center Drive<br>Chicago IL   60693 | Phone:<br>Car Fax Inc.<br>16630 Collection Center Drive<br>Chicago IL   60693 | | | $ 3,285.81 |
| 15<br>Dave Shergalis Account<br>112 N. Plum Street<br>Media PA   19063 | Phone:<br>Dave Shergalis Account<br>112 N. Plum Street<br>Media PA   19063 | | | $ 2,000.00 |
| 16<br>World Pac<br>37137 Hickory Street<br>Newark CA   94560 | Phone:<br>World Pac<br>37137 Hickory Street<br>Newark CA   94560 | | | $ 1,476.12 |
| 17<br>Great American Bus. Products<br>P.O. Box 4422<br>Houston TX   77210 | Phone:<br>Great American Bus. Products<br>P.O. Box 4422<br>Houston TX   77210 | | | $ 1,133.96 |
| 18<br>Verizon<br>P.O. Box 15124<br>Albany NY   12212-5124 | Phone:<br>Verizon<br>P.O. Box 15124<br>Albany NY   12212-5124 | | | $ 1,112.05 |
| 19<br>Siegel Distributing Co.<br>197 Folk Road<br>Breinigsville PA   18031 | Phone:<br>Siegel Distributing Co.<br>197 Folk Road<br>Breinigsville PA   18031 | | | $ 1,077.66 |
| 20<br>Cars.com<br>2413 Collection Center Drive<br>Chicago IL   60693 | Phone:<br>Cars.com<br>2413 Collection Center Drive<br>Chicago IL   60693 | | | $ 1,067.00 |

_____
_____ Debtor(s) _____ ,

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Julian Salim* _____ , *Managing Member* _____ of the *Corporation* _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *3/30/2011* _____

Signature */s/ Julian Salim* _____
Name: *Julian Salim*
Title: *Managing Member*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re:  BIG APPLE VOLKSWAGEN, LLC                    Case No. 11-_____
                                                                      Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Julian Salim, declare under penalty of perjury that I am the Managing Memberr of BIG APPLE VOLKSWAGEN, LLC, a New York Corporation and that on March 30, 2011 the following resolution was duly adopted by the Officer/Director of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Julian Salim, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Julian Salim, Managing Member of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Julian Salim, Managing Member of this Corporation, is authorized and directed to employ the law firm of Wilk Auslander LLP to represent the Corporation in such bankruptcy case.

Executed on _____March 30, 2011_____     Signed:_____/s/Julian Salim_____
                                                                             Julian Salim

WILK AUSLANDER LLP
675 Third Avenue
New York, New York 10017
(212) 421-2233
Eric J. Snyder, Esq.
Proposed Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re:
                                                            Chapter 11

BIG APPLE VOLKSWAGEN, LLC,
                                                            Case No: 11-_____ (   )


                                    Debtor.

-------------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK        )
                         )  SS.:
COUNTY OF NEW YORK       )

JULIAN SALIM, being duly sworn, deposes and says:

1.      I submit this affidavit in support of the voluntary Chapter 11 petition of

        Big Apple Volkswagen, LLC, the debtor herein (the "Debtor"), pursuant

        to Local Bankruptcy Rule 1007-2 of the Southern District of New York.

2.      The Debtor is a New York limited liability corporation that has been in

        existence since 2006. I am the managing member and a 54% beneficial

        owner of the Debtor. The holder of the other 46% membership interest is

        Grzegorz Samborski, Jr.

3.      The Debtor is a Volkswagen dealer. Debtor's principal place of business is

        located at 3743 Boston Post Road, Bronx, New York 10466 (the

        "Premises"). The Debtor also stores new vehicles at 275 Washington

Street, Mount Vernon, New York (the "New Vehicle Lot"). The Debtor leases both the Premises and New Vehicle Lot.

4.  Currently, the Debtor owns 76 new vehicles and 7 used vehicles (the "Vehicles").

5.  On March 17, 2011, VCI, without the permission of the Debtor, entered the Premises and took possession, with respect to all of the Vehicles, the Manufacturer's Statements of Origin ("MSO's"), titles and keys. VCI also took possession of the Debtor's "deal jackets" (all of the pending customer's contracts, regardless of whether they were funded by VCI), which includes all personal financial information of the non-debtor party.

6.  On March 21, 2011, VCI commenced an action (the "Replevin Action") in the United States District Court for the Southern District of New York, Case No. 11-1950, seeking a turnover of the Debtor's assets in which it maintains a security interest.

7.  On March 22, 2011, the District Court entered an order in the Replevin Action (the "TRO"), restraining and prohibiting the Debtor from conducting any business or paying any of its employees pending a hearing on the TRO, currently scheduled for April 1, 2011.

8.  In order to prevent the seizure of the Debtor's assets, the Debtor filed a petition for Chapter 11 relief on March 30, 2011.

9.  A list of the Debtor's twenty largest unsecured creditors, excluding insiders, is annexed to the bankruptcy schedules.

10. The names and addresses of the Debtor's five largest secured creditors are included as Schedule B.

11. A summary of the Debtor's assets and liabilities is included with the filing of the bankruptcy petition. The Debtor holds no stock, debentures or securities that are publicly held.

12. There is no property of the Debtor currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor, except that VCI is currently holding the MSO, keys and titles with respect to the Vehicles.

13. As set forth above, the Debtor leases the Premises and the New Car Lot.

14. The Debtor's assets consist of: a) cash on deposit in the bank; b) the Vehicles, c) the parts; d) the specialty tools, e) the Debtor's accounts receivable; and f) the value of the Debtor's goodwill. The assets of the Debtor are located on the Premises and the New Car Lot.

16.   As set forth above, the Debtor is a defendant in the Replevin Action

/s/ Julian Salim
Julian Salim
Managing Member

Sworn to me this 30th day
of March, 2011

Eric J. Snyder_____
Notary Public
No. O2SN6025785

ERIC J. SNYDER
Notary Public, State of New York
No. 02SN6025785
Qualified In Kings County
Commission Expires 06/01/20 __

In re _Big Apple Volkswagen, LLC,_ _____     Case No. _____
                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Julian Salim_ _____, _Managing Member_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: _3/30/2011_____          Signature _/s/ Julian Salim_____
                                          Name: _Julian Salim_
                                          Title: _Managing Member_


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *Big Apple Volkswagen, LLC,*

    *aka Big Apple Volkswagen*

Case No.
Chapter   *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 4 | $ 4,132,327.47 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 3,968,053.71 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 3,800.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 179,566.13 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 23 | $ 4,132,327.47 | $ 4,151,419.84 | |

In re _Big Apple Volkswagen,LLC_ _____ , Case No._____
              Debtor(s)                                                                   (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | **TOTAL $** (Report also on Summary of Schedules.) | _0.00_ | |

No continuation sheets attached

In re _Big Apple Volkswagen, LLC_ _____,      Case No. _____
            Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo<br>1076 Yonkers Avenue<br>Yonkers, NY 10704<br>Acct. # 2000038207705<br>Location: In debtor's possession | | $ 20,115.46 |
| | | Wells Fargo<br>1076 Yonkers Avenue<br>Yonkers, NY 10704<br>Acct. # 2000038207695<br>Location: In debtor's possession | | $ 62,199.67 |
| | | Wells Fargo<br>1076 Yonkers Avenue<br>Yonkers, NY 10704<br>Acct. # 2000038207682<br>Location: In debtor's possession | | $ 0.00 |
| | | Wells Fargo<br>1076 Yonkers Avenue<br>Yonkers, NY 10704<br>Acct. # 2000038207679<br>Location: In debtor's possession | | $ 0.00 |
| | | Wells Fargo<br>1076 Yonkers Avenue<br>Yonkers, NY 10704<br>Acct. # 2000038207666 | | $ 0.00 |

In re _Big Apple Volkswagen, LLC_ _____,     Case No. _____
             Debtor(s)                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Accounts Receivable Location: In debtor's possession | | $ 1,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those | X | | | |

In re _Big Apple Volkswagen, LLC_ ,  Case No. _____
 Debtor(s)  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| listed in Schedule of Real Property. | | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | _Goodwill in business_<br>_Location: In debtor's possession_ | | $ 1,000,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _Lifts & Parts_<br>_Location: In debtor's possession_ | | $ 280,000.00 |
| 30. Inventory. | | _New Car Inventory_<br>_Location: In debtor's possession_ | | $ 2,505,134.41 |
| | | _Used Car Inventory_<br>_Location: In debtor's possession_ | | $ 263,877.93 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

In re _Big Apple Volkswagen, LLC_ _____ ,      Case No. _____
                        Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total ➡        $ 4,132,327.47

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re <u>Big Apple Volkswagen, LLC</u> ,     Case No._____
                     **Debtor(s)**                                     **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : ·1<br>Interchange Capital Co., LLC<br>80 Park West / Plaza Two<br>Saddle Brook NJ 07663<br><br>Value: $ 0.00 | | | | | | $ 0.00 | $ 0.00 |
| Account No:<br><br>Creditor # : 2<br>Reyna Capital Corporation<br>P.O. Box 2608<br>Dayton OH 45401-2608<br><br>Value: $ 0.00 | | | | | | $ 0.00 | $ 0.00 |
| Account No:<br><br>Creditor # : 3<br>Snap-On Credit LLC<br>950 Technology Way, Suite 301<br>Libertyville IL 60048<br><br>Value: $ 0.00 | | | | | | $ 0.00 | $ 0.00 |

<u>1</u>   continuation sheets attached                Subtotal $      $ 0.00      $ 0.00
                                            (Total of this page)
                                        Total $
                               (Use only on last page)
                                            (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re _Big Apple Volkswagen, LLC_ _____,  Case No. _____
                 **Debtor(s)**                                               **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | $ 3,968,053.71 | $ 0.00 |
| Creditor # : 4<br>Volkswagen Credit Inc.<br>300 Tice Blvd.<br>Woodcliff Lake NJ 07677 | | New & Used Car Floor Plan<br><br>Value: $ 4,049,012.34 | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

Sheet no. 1  of  1  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | | Subtotal $<br>(Total of this page) | $ 3,968,053.71 | $ 0.00 |
|---|---|---|---|---|
| | | Total $<br>(Use only on last page) | $ 3,968,053.71 | $ 0.00 |
| | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Big Apple Volkswagen, LLC_ _____, Case No._____
                              **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_3_ **continuation sheets attached**

In re _Big Apple Volkswagen,LLC_ _____ ,  Case No._____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Deposits by individuals_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Anibal Ortiz <br> 595 Trinity Avenue <br> Bronx NY 10455 | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: <br> Creditor # : 2 <br> Arthur Vieira <br> 229 Woodland Avenue <br> Yonkers NY 10703-2320 | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: <br> Creditor # : 3 <br> Beth Finkelstein <br> 94 Kent Avenue <br> Hastings on Huds NY 10706 | | | | | | | $ 300.00 | $ 300.00 | $ 0.00 |
| Account No: <br> Creditor # : 4 <br> Brandon M. Smith <br> 3552 Huguenot Avenue <br> Bronx NY 10475 | | | | | | | $ 50.00 | $ 50.00 | $ 0.00 |
| Account No: <br> Creditor # : 5 <br> Carlos Pacheco <br> 1304 Midland Avenue <br> Yonkers NY 10704 | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: <br> Creditor # : 6 <br> Erion Pema <br> 789 Waring Avenue <br> Bronx NY 10467 | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** (Total of this page)    750.00    750.00    0.00

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

In re _Big Apple Volkswagen, LLC_ _____ ,   Case No. _____
                      **Debtor(s)**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Deposits by individuals_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | | |
| Account No: Creditor # : 7 Fausto Marichal 889 E. Tremont Avenue Bronx NY 10460-4328 | | | | | | | | $ 500.00 | $ 500.00 | $ 0.00 |
| Account No: Creditor # : 8 Jennifer Ortiz 22 Fortune Road E Middletown NY 10941-1633 | | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: Creditor # : 9 Keith Stark 3015 Riverdale Avenue Bronx NY 10463 | | | | | | | | $ 500.00 | $ 500.00 | $ 0.00 |
| Account No: Creditor # : 10 Mario Suarez 19 Gabriel Drive, #2 Bronx NY 10469-5648 | | | | | | | | $ 200.00 | $ 200.00 | $ 0.00 |
| Account No: Creditor # : 11 Mario Valencia 231 Echo Place Bronx NY 10457 | | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: Creditor # : 12 Peter Andrade 100 Benchley Place Bronx NY 10475 | | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |

Sheet No. _2_ of _3_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| **Subtotal $** (Total of this page) | 1,500.00 | 1,500.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

In re _Big Apple Volkswagen,LLC_ _____ ,     Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Deposits by individuals_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 13 Rosemary Venice 4 George Street Tuckahoe NY 10707 | | | | | | | $ 500.00 | $ 500.00 | $ 0.00 |
| Account No: Creditor # : 14 Stephanie Bongo 154 Mount Joy Place New Rochelle NY 10801-1603 | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: Creditor # : 15 Steve Ormsby 1740 Gormley Avenue Merrick NY 11566-3006 | | | | | | | $ 100.00 | $ 100.00 | $ 0.00 |
| Account No: Creditor # : 16 Tina Casinelli 16 Cove Avenue Norwalk CT 06855 | | | | | | | $ 500.00 | $ 500.00 | $ 0.00 |
| Account No: Creditor # : 17 Wanda DeJesus 842 E. 231st Street Bronx NY 10466-4408 | | | | | | | $ 50.00 | $ 50.00 | $ 0.00 |
| Account No: Creditor # : 18 Yolanda Walker 660 Arnow Avenue Bronx NY 10467 | | | | | | | $ 300.00 | $ 300.00 | $ 0.00 |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 1,550.00 | 1,550.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 3,800.00 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 3,800.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Big Apple Volkswagen, LLC_ ,      Case No._____
           **Debtor(s)**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 331.52 |
| Creditor # : 1 Action Environmental Services 451 Frelinghuysen Avenue Newark NJ 07114 | | | | | | | |
| **Account No:** | | | | | | | $ 150.00 |
| Creditor # : 2 Adesa 200 North Main Street Manville NJ 08835 | | | | | | | |
| **Account No:** | | | | | | | $ 300.00 |
| Creditor # : 3 Advanced Auto Body Shop 3799 Dyre Avenue Bronx NY 10466 | | | | | | | |
| **Account No:** | | | | | | | $ 589.84 |
| Creditor # : 4 Ally P.O. Box 669307 Charlotte NC 28266 | | | | | | | |

_____ 8 continuation sheets attached                                                     **Subtotal $**      $ 1,371.36

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  **Big Apple Volkswagen, LLC**                                    ,        Case No._____
      **Debtor(s)**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 American Digital Imaging P.O. Box 1067 New Hyde Park NY 11040 | | | | | | | $ 217.25 |
| Account No: Creditor # : 6 AT&T Mobility P.O. Box 6463 Carol Stream IL 60197-5292 | | | | | | | $ 283.47 |
| Account No: Creditor # : 7 Auto Revenue P.O. Box 3868 Norfolk VA 23514-3220 | | | | | | | $ 4,114.32 |
| Account No: Creditor # : 8 Autotrader.com P.O. Box 932207 Atlanta GA 31193 | | | | | | | $ 12,150.00 |
| Account No: Creditor # : 9 Awisco Corp. 55-15 43rd Street Maspeth NY 11378 | | | | | | | $ 34.24 |
| Account No: Creditor # : 10 Beehive Press 3742 Boston Road Bronx NY 10469-5648 | | | | | | | $ 261.30 |

Sheet No. __1__ of ___8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 17,060.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_ _____ ,   Case No._____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 11 Boston Road Auto Mechanic 4062 Boston Road Bronx NY 10475 | | | | | | | $ 195.00 |
| Account No: Creditor # : 12 Car Fax Inc. 16630 Collection Center Drive Chicago IL 60693 | | | | | | | $ 3,285.81 |
| Account No: Creditor # : 13 Cars.com 2413 Collection Center Drive Chicago IL 60693 | | | | | | | $ 1,067.00 |
| Account No: Creditor # : 14 Cintas Corp. P.O. Box 630803 Cincinnati OH 45263 | | | | | | | $ 783.55 |
| Account No: Creditor # : 15 Classic Audi 655 N. Macquesten Parkway Mount Vernon NY 10552 | | | | | | | $ 644.88 |
| Account No: Creditor # : 16 Co-Op City Tire Supply 3525 Conner Street Bronx NY 10475 | | | | | | | $ 148.58 |

Sheet No. _2_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　$ 6,124.82

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_ _____ ,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>Corporate Coffee Systems<br>745 Summa Avenue<br>Westbury NY 11590 | | | | | | | $ 368.00 |
| Account No:<br>Creditor # : 18<br>Dave Shergalis Account<br>112 N. Plum Street<br>Media PA 19063 | | | | | | | $ 2,000.00 |
| Account No:<br>Creditor # : 19<br>Digital Hold Systems<br>P.O. Box 880187<br>San Diego CA 92168 | | | | | | | $ 150.00 |
| Account No:<br>Creditor # : 20<br>Empire Blue Cross<br>P.O. Box 1407<br>Church Street Station<br>New York NY 10008-1407 | | | | | | | $ 9,786.14 |
| Account No:<br>Creditor # : 21<br>Enviro Waste<br>P.O. Box 747<br>Mahopac NY 10541 | | | | | | | $ 524.93 |
| Account No:<br>Creditor # : 22<br>Godfrey - Son Auto<br>2354 Gleason Avenue<br>Bronx NY 10462 | | | | | | | $ 210.00 |

Sheet No. _3_ of ___8__ continuation sheets attached to Schedule of   Subtotal $ | $ 13,039.07
Creditors Holding Unsecured Nonpriority Claims   Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_                                     ,        Case No._____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 23<br>Great American Bus. Products<br>P.O. Box 4422<br>Houston TX 77210 | | | | | | | $ 1,133.96 |
| Account No:<br>Creditor # : 24<br>Gundermann & Gundermann<br>175 W. Carver Street<br>Brooklyn NY 11243-0560 | | | | | | | $ 4,145.20 |
| Account No:<br>Creditor # : 25<br>Higher Gear Group<br>36487 Treasury Center<br>Chicago IL 60694 | | | | | | | $ 6,710.00 |
| Account No:<br>Creditor # : 26<br>Ignazio & Rosalie Franciamore<br>21 Michael Drive<br>Scarsdale NY 10583 | | | | | | | $ 23,493.63 |
| Account No:<br>Creditor # : 27<br>Jewels Detail Shop<br>398 South Main Street<br>Manheim PA 17545 | | | | | | | $ 910.00 |
| Account No:<br>Creditor # : 28<br>JM&A Group<br>500 Jim Moran Blvd.<br>Deerfield Beach FL 33442 | | | | | | | $ 55,432.00 |

Sheet No.  _4_  of  _8_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 91,824.79

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_ _____ ,          Case No. _____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 198.71 |
| Creditor # : 29 Maximus Manufactures 178 Route 246 Stormville NY 12582 | | | | | | | |
| Account No: | | | | | | | $ 590.00 |
| Creditor # : 30 NADA-ATD 20 Group Dept. 6000 Washington DC 20042 | | | | | | | |
| Account No: | | | | | | | $ 775.00 |
| Creditor # : 31 Newsday 235 Pinelawn Road Melville NY 11747 | | | | | | | |
| Account No: | | | | | | | $ 828.00 |
| Creditor # : 32 Nexteppe Business Solutions P.O. Box 915 Sayville NY 11782 | | | | | | | |
| Account No: | | | | | | | $ 250.00 |
| Creditor # : 33 Northeast Automotive 3631 Boston Road Bronx NY 10466 | | | | | | | |
| Account No: | | | | | | | $ 140.00 |
| Creditor # : 34 Peak Performance P.O. Box 4539 Chatsworth CA 91311 | | | | | | | |

Sheet No. __5__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,781.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Big Apple Volkswagen, LLC_ , Case No._____
#### Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>PJK Sales Inc.<br>P.O. Box 508<br>Lyndhurst NJ 07071 | | | | | | | $ 210.65 |
| Account No:<br>Creditor # : 36<br>Power House Industries<br>P.O. Box 8<br>Eastport NY 11941 | | | | | | | $ 54.44 |
| Account No:<br>Creditor # : 37<br>Reyna Capital Corp.<br>21175 Network Place<br>Chicago IL 60673-1211 | | | | | | | $ 4,726.66 |
| Account No:<br>Creditor # : 38<br>Reynolds & Reynolds<br>23150 Network Place<br>Chicago IL 60673 | | | | | | | $ 8,306.21 |
| Account No:<br>Creditor # : 39<br>Siegel Distributing Co.<br>197 Folk Road<br>Breinigsville PA 18031 | | | | | | | $ 1,077.66 |
| Account No:<br>Creditor # : 40<br>Snap On Tools<br>27001 Network Place<br>Chicago IL 60673 | | | | | | | $ 227.48 |

Sheet No. 6 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 14,603.10

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_ ,  Case No. _____
    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>TD Equipment Finance<br>P.O. Box 5000<br>Lewiston ME 04243 | | | | | | | $ 5,215.50 |
| Account No:<br>Creditor # : 42<br>The Cobalt Group<br>Dept. CH17034<br>Palatine IL 60055 | | | | | | | $ 7,596.00 |
| Account No:<br>Creditor # : 43<br>Tonsa Automotive Inc.<br>30 Seaview Blvd.<br>Port Washington NY 11050 | | | | | | | $ 228.53 |
| Account No:<br>Creditor # : 44<br>Top Quality Mfg.<br>P.O. Box 66<br>Glenolden PA 19036 | | | | | | | $ 110.00 |
| Account No:<br>Creditor # : 45<br>Universal Underwriters<br>1683 Paysphere Circle<br>Chicago IL 60674 | | | | | | | $ 13,000.00 |
| Account No:<br>Creditor # : 46<br>Verizon<br>P.O. Box 15124<br>Albany NY 12212-5124 | | | | | | | $ 1,112.05 |

Sheet No. __7__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 27,262.08

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_ _____ ,     Case No. _____

    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>Verizon Wireless<br>P.O. Box 408<br>Newark NJ 07101 | | | | | | | $ 260.37 |
| Account No:<br>Creditor # : 48<br>Willow Brook Development LLC<br>2 Noble Street<br>Brooklyn NY 11222 | | | | | | | $ 3,727.40 |
| Account No:<br>Creditor # : 49<br>World Pac<br>37137 Hickory Street<br>Newark CA 94560 | | | | | | | $ 1,476.12 |
| Account No:<br>Creditor # : 50<br>Wurth<br>P.O. Box 415889<br>Boston MA 02241 | | | | | | | $ 34.73 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _8_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 5,498.62

Total $    $ 179,566.13

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Big Apple Volkswagen, LLC_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _ADI_<br>_1736 Front Street_<br>_Yorktown Heights NY  10598_ | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Copy Machine (2) Leases_<br><br>Buyout Option: |
| _Ignazio & Rosalie Franciamore_<br>_21 Michael Drive_<br>_Scarsdale NY  10583_ | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Non-Residential Real Property Lease_<br><br>Buyout Option: |
| _Reyna Capital Group_<br>_One Reynolds Way_<br>_Dayton OH  45430_ | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Lease for Computers_<br><br>Buyout Option: |
| _TD Equipment Finance_<br>_P.O. Box 5000_<br>_Lewiston ME  04243_ | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Lease for Shop Lifts_<br><br>Buyout Option: |
| _Volkswagen of America_ | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Franchise Agent_<br><br>Buyout Option: |

In re _Big Apple Volkswagen, LLC_ _____ / Debtor    Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Willowbrook Development_<br>_2 Noble Street_<br>_Brooklyn NY 11222_ | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Lot Lease_<br><br>Buyout Option: |

In re *Big Apple Volkswagen, LLC* _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE H–CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Gzregorz Samborski, Jr.<br>400 Elvin Street<br>Staten Island NY 10314 | Volkswagen Credit Inc.<br>300 Tice Blvd.<br>Woodcliff Lake NJ 07677 |
| John Koeppel<br>895 West End Avenue #11D<br>Bronx NY 10466 | Volkswagen Credit Inc.<br>300 Tice Blvd.<br>Woodcliff Lake NJ 07677 |
| Julian Salim<br>72-42 Manse Street<br>Forest Hills NY 11375 | Volkswagen Credit Inc.<br>300 Tice Blvd.<br>Woodcliff Lake NJ 07677 |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *Big Apple Volkswagen, LLC,*
    *aka Big Apple Volkswagen*

Case No.

Chapter 11

_____/ Debtor

Attorney for Debtor: *Eric J. Snyder*

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *3/30/2011*

*/s/ Julian Salim*
Debtor

Big Apple Volkswagen, LLC

ACTION ENVIRONMENTAL SERVICES
451 FRELINGHUYSEN AVENUE
NEWARK, NJ  07114


ADESA
200 NORTH MAIN STREET
MANVILLE, NJ  08835


ADI
1736 FRONT STREET
YORKTOWN HEIGHTS, NY  10598


ADVANCED AUTO BODY SHOP
3799 DYRE AVENUE
BRONX, NY  10466


ALLY
P.O. BOX 669307
CHARLOTTE, NC  28266


AMERICAN DIGITAL IMAGING
P.O. BOX 1067
NEW HYDE PARK, NY  11040


ANIBAL ORTIZ
595 TRINITY AVENUE
BRONX, NY  10455


ARTHUR VIEIRA
229 WOODLAND AVENUE
YONKERS, NY  10703-2320


AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL  60197-5292


AUTO REVENUE
P.O. BOX 3868
NORFOLK, VA  23514-3220

Big Apple Volkswagen, LLC

AUTOTRADER.COM
P.O. BOX 932207
ATLANTA, GA  31193


AWISCO CORP.
55-15 43RD STREET
MASPETH, NY  11378


BEEHIVE PRESS
3742 BOSTON ROAD
BRONX, NY  10469-5648


BETH FINKELSTEIN
94 KENT AVENUE
HASTINGS ON HUDS, NY  10706


BOSTON ROAD AUTO MECHANIC
4062 BOSTON ROAD
BRONX, NY  10475


BRANDON M. SMITH
3552 HUGUENOT AVENUE
BRONX, NY  10475


CAR FAX INC.
16630 COLLECTION CENTER DRIVE
CHICAGO, IL  60693


CARLOS PACHECO
1304 MIDLAND AVENUE
YONKERS, NY  10704


CARS.COM
2413 COLLECTION CENTER DRIVE
CHICAGO, IL  60693


CINTAS CORP.
P.O. BOX 630803
CINCINNATI, OH  45263

Big Apple Volkswagen, LLC

CLASSIC AUDI
655 N. MACQUESTEN PARKWAY
MOUNT VERNON, NY  10552

CO-OP CITY TIRE SUPPLY
3525 CONNER STREET
BRONX, NY  10475

CORPORATE COFFEE SYSTEMS
745 SUMMA AVENUE
WESTBURY, NY  11590

DAVE SHERGALIS ACCOUNT
112 N. PLUM STREET
MEDIA, PA  19063

DIGITAL HOLD SYSTEMS
P.O. BOX 880187
SAN DIEGO, CA  92168

EMPIRE BLUE CROSS
P.O. BOX 1407
CHURCH STREET STATION
NEW YORK, NY  10008-1407

ENVIRO WASTE
P.O. BOX 747
MAHOPAC, NY  10541

ERION PEMA
789 WARING AVENUE
BRONX, NY  10467

FAUSTO MARICHAL
889 E. TREMONT AVENUE
BRONX, NY  10460-4328

GODFREY - SON AUTO
2354 GLEASON AVENUE
BRONX, NY  10462

Big Apple Volkswagen, LLC

GREAT AMERICAN BUS. PRODUCTS
P.O. BOX 4422
HOUSTON, TX  77210


GUNDERMANN & GUNDERMANN
175 W. CARVER STREET
BROOKLYN, NY  11243-0560


GZREGORZ SAMBORSKI, JR.
400 ELVIN STREET
STATEN ISLAND, NY  10314


HIGHER GEAR GROUP
36487 TREASURY CENTER
CHICAGO, IL  60694


IGNAZIO & ROSALIE FRANCIAMORE
21 MICHAEL DRIVE
SCARSDALE, NY  10583


INTERCHANGE CAPITAL CO., LLC
80 PARK WEST / PLAZA TWO
SADDLE BROOK, NJ  07663


JENNIFER ORTIZ
22 FORTUNE ROAD E
MIDDLETOWN, NY  10941-1633


JEWELS DETAIL SHOP
398 SOUTH MAIN STREET
MANHEIM, PA  17545


JM&A GROUP
500 JIM MORAN BLVD.
DEERFIELD BEACH, FL  33442


JOHN KOEPPEL
895 WEST END AVENUE #11D
BRONX, NY  10466

Big Apple Volkswagen, LLC

JULIAN SALIM
72-42 MANSE STREET
FOREST HILLS, NY   11375

KEITH STARK
3015 RIVERDALE AVENUE
BRONX, NY   10463

MARIO SUAREZ
19 GABRIEL DRIVE, #2
BRONX, NY   10469-5648

MARIO VALENCIA
231 ECHO PLACE
BRONX, NY   10457

MAXIMUS MANUFACTURES
178 ROUTE 246
STORMVILLE, NY   12582

NADA-ATD 20 GROUP
DEPT. 6000
WASHINGTON, DC   20042

NEWSDAY
235 PINELAWN ROAD
MELVILLE, NY   11747

NEXTEPPE BUSINESS SOLUTIONS
P.O. BOX 915
SAYVILLE, NY   11782

NORTHEAST AUTOMOTIVE
3631 BOSTON ROAD
BRONX, NY   10466

PEAK PERFORMANCE
P.O. BOX 4539
CHATSWORTH, CA   91311

Big Apple Volkswagen, LLC

PETER ANDRADE
100 BENCHLEY PLACE
BRONX, NY   10475


PJK SALES INC.
P.O. BOX 508
LYNDHURST, NJ   07071


POWER HOUSE INDUSTRIES
P.O. BOX 8
EASTPORT, NY   11941


REYNA CAPITAL CORP.
21175 NETWORK PLACE
CHICAGO, IL   60673-1211


REYNA CAPITAL CORPORATION
P.O. BOX 2608
DAYTON, OH   45401-2608


REYNA CAPITAL GROUP
ONE REYNOLDS WAY
DAYTON, OH   45430


REYNOLDS & REYNOLDS
23150 NETWORK PLACE
CHICAGO, IL   60673


ROSEMARY VENICE
4 GEORGE STREET
TUCKAHOE, NY   10707


SIEGEL DISTRIBUTING CO.
197 FOLK ROAD
BREINIGSVILLE, PA   18031


SNAP ON TOOLS
27001 NETWORK PLACE
CHICAGO, IL   60673

Big Apple Volkswagen, LLC

SNAP-ON CREDIT LLC
950 TECHNOLOGY WAY, SUITE 301
LIBERTYVILLE, IL  60048


STEPHANIE BONGO
154 MOUNT JOY PLACE
NEW ROCHELLE, NY  10801-1603


STEVE ORMSBY
1740 GORMLEY AVENUE
MERRICK, NY  11566-3006


TD EQUIPMENT FINANCE
P.O. BOX 5000
LEWISTON, ME  04243


THE COBALT GROUP
DEPT. CH17034
PALATINE, IL  60055


TINA CASINELLI
16 COVE AVENUE
NORWALK, CT  06855


TONSA AUTOMOTIVE INC.
30 SEAVIEW BLVD.
PORT WASHINGTON, NY  11050


TOP QUALITY MFG.
P.O. BOX 66
GLENOLDEN, PA  19036


UNIVERSAL UNDERWRITERS
1683 PAYSPHERE CIRCLE
CHICAGO, IL  60674


VCI
300 TICE BLVD.
WOODCLIFF LAKE, NJ  07677

Big Apple Volkswagen, LLC

VERIZON
P.O. BOX 15124
ALBANY, NY  12212-5124

VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ  07101

VOLKSWAGEN CREDIT INC.
300 TICE BLVD.
WOODCLIFF LAKE, NJ  07677

VOLKSWAGEN OF AMERICA

WANDA DEJESUS
842 E. 231ST STREET
BRONX, NY  10466-4408

WILLOW BROOK DEVELOPMENT LLC
2 NOBLE STREET
BROOKLYN, NY  11222

WILLOWBROOK DEVELOPMENT
2 NOBLE STREET
BROOKLYN, NY  11222

WORLD PAC
37137 HICKORY STREET
NEWARK, CA  94560

WURTH
P.O. BOX 415889
BOSTON, MA  02241

YOLANDA WALKER
660 ARNOW AVENUE
BRONX, NY  10467