## Barr, Leslie

**From:** Michael J. Gorman [mgorman@mcdowellrice.com]
**Sent:** Friday, June 03, 2011 8:33 AM
**To:** Barr, Leslie; Nisselson, Alan
**Cc:** Jonathan Deily D.
**Subject:** Fwd: Big Apple repurchase of new cars


Mike Gorman
MRSB,PC
816.960.7364 direct
816.896.2283 cell
Sent from my handheld


Begin forwarded message:

> **From:** WILLIAM BARRETT <WILLIAM.BARRETT@bfkn.com>
> **Date:** June 3, 2011 7:32:31 AM CDT
> **To:** "'Michael J. Gorman'" <mgorman@mcdowellrice.com>
> **Cc:** "Dina M. Jones" <djones@mcdowellrice.com>
> **Subject: RE: Big Apple repurchase of new cars**
>
> Mike:
>
> VWOA offers to purchase "new vehicles" on the premises of Big Apple Volkswagen for the original invoice price (a listing of each new vehicle with price will be prepared). A "new vehicle" is a 2011 or 2012 model year vehicle with less than 200 miles and in new, unused condition (including, without limitation, mechanically sound, no dents, scratches or interior blemishes, having both keys, and the complete Owner's Manual packet). Prior credits allowed for any vehicle sold will be reversed and debited to the parts account. VWOA reserves all rights (ie, such as asserting an administrative claim or making a cure demand in connection with a transfer of the dealer agreement) should the parts account have a negative (debit) balance.
>
> Bill
>
>
> -----Original Message-----
> From: Michael J. Gorman [mailto:mgorman@mcdowellrice.com]
> Sent: Thursday, June 02, 2011 10:26 AM
> To: WILLIAM BARRETT
> Cc: Dina M. Jones
> Subject: Big Apple repurchase of new cars
>
> Bill:
>
> Can you please send me an email clearly stating VOA's offer to purchase the new

car inventory at invoice? I need it for the motion to sell the cars to VOA. The emails from last week are a little confusing for that purpose, I think.

Thanks very much.

Mike Gorman
McDowell, Rice, Smith and Buchanan, P.C.
605 W. 47th St, Suite 350
Kansas City, MO 64112
Direct 816-960-7364
Fax 816-753-9996
Mobile 816-896-2283

This electronic mail message, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains CONFIDENTIAL information that is legally privileged, proprietary in nature, or otherwise protected by law from certain disclosures. If this electronic mail message is not specifically addressed to you or you are not the person responsible for delivering the message to the addressee(s), you are now notified that reading, copying, or distributing this electronic mail message and attachments is prohibited by law. If you have received this electronic mail message in error, please tell the sender of the error in a reply electronic mail message, and please permanently delete this electronic mail message and all attachments from your computer system and records.
Internal Revenue Service Circular 230 Disclosure Statement: In compliance with Internal Revenue Service requirements contained in IRS Circular 230, any reader of this electronic mail message, including attachments, is notified that any tax advice contained in this electronic mail message and its attachments is not intended to be used, written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this electronic mail message or its attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise in writing, any tax advice contained in this communication (including any attachments hereto) is not intended or written to be used, and cannot be used (i) for the purpose of avoiding penalties that may be imposed on a taxpayer, or (ii) in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message, which contains information from a law firm, may be confidential and privileged. If you have received this communication in error (you are not the addressee or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**Barr, Leslie**

| | |
|---|---|
| From: | Michael J. Gorman [mgorman@mcdowellrice.com] |
| Sent: | Friday, June 03, 2011 8:40 AM |
| To: | Barr, Leslie; Nisselson, Alan |
| Cc: | Jonathan D. Deily; Dina M. Jones |
| Subject: | FW: Big Apple repurchase of new cars |

Mike Gorman
McDowell, Rice, Smith and Buchanan, P.C.
605 W. 47th St, Suite 350
Kansas City, MO 64112
Direct 816-960-7364
Fax 816-753-9996
Mobile 816-896-2283

This electronic mail message, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains CONFIDENTIAL information that is legally privileged, proprietary in nature, or otherwise protected by law from certain disclosures. If this electronic mail message is not specifically addressed to you or you are not the person responsible for delivering the message to the addressee(s), you are now notified that reading, copying, or distributing this electronic mail message and attachments is prohibited by law. If you have received this electronic mail message in error, please tell the sender of the error in a reply electronic mail message, and please permanently delete this electronic mail message and all attachments from your computer system and records.
Internal Revenue Service Circular 230 Disclosure Statement: In compliance with Internal Revenue Service requirements contained in IRS Circular 230, any reader of this electronic mail message, including attachments, is notified that any tax advice contained in this electronic mail message and its attachments is not intended to be used, written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this electronic mail message or its attachments.

-----Original Message-----
From: WILLIAM BARRETT [mailto:WILLIAM.BARRETT@bfkn.com]
Sent: Friday, June 03, 2011 7:36 AM
To: Michael J. Gorman
Subject: RE: Big Apple repurchase of new cars

Mike, I should add that the sale on terms described in VWOA's offer must be completed by June 15, 2011.

Thanks, Bill

-----Original Message-----
From: Michael J. Gorman [mailto:mgorman@mcdowellrice.com]
Sent: Thursday, June 02, 2011 10:26 AM
To: WILLIAM BARRETT
Cc: Dina M. Jones
Subject: Big Apple repurchase of new cars

Bill:

Can you please send me an email clearly stating VOA's offer to purchase the new car inventory at invoice? I need it for the motion to sell the cars to VOA. The emails from last week are a little confusing for that purpose, I think.

Thanks very much.

1

Mike Gorman
McDowell, Rice, Smith and Buchanan, P.C.
605 W. 47th St, Suite 350
Kansas City, MO 64112
Direct 816-960-7364
Fax 816-753-9996
Mobile 816-896-2283

This electronic mail message, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains CONFIDENTIAL information that is legally privileged, proprietary in nature, or otherwise protected by law from certain disclosures. If this electronic mail message is not specifically addressed to you or you are not the person responsible for delivering the message to the addressee(s), you are now notified that reading, copying, or distributing this electronic mail message and attachments is prohibited by law. If you have received this electronic mail message in error, please tell the sender of the error in a reply electronic mail message, and please permanently delete this electronic mail message and all attachments from your computer system and records.
Internal Revenue Service Circular 230 Disclosure Statement: In compliance with Internal Revenue Service requirements contained in IRS Circular 230, any reader of this electronic mail message, including attachments, is notified that any tax advice contained in this electronic mail message and its attachments is not intended to be used, written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this electronic mail message or its attachments.

****************************************************************
CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise in writing, any tax advice contained in this communication (including any attachments hereto) is not intended or written to be used, and cannot be used (i) for the purpose of avoiding penalties that may be imposed on a taxpayer, or (ii) in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.

****************************************************************
This message, which contains information from a law firm, may be confidential and privileged. If you have received this communication in error (you are not the addressee or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.