# Exhibit C

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2011050600178001001ED9FC |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 4

**Document ID:** 2011050600178001    **Document Date:** 05-05-2011    **Preparation Date:** 05-06-2011
**Document Type:** DEED
**Document Page Count:** 3

| **PRESENTER:**<br>VINTAGE ABSTRACT CORP (PICK UP GAIL)<br>2124 FLATBUSH AVENUE<br>VR16319Q<br>BROOKLYN, NY  11234<br>718-377-0200<br>recordings@vintageabstract.com | **RETURN TO:**<br>VINTAGE ABSTRACT CORP (PICK UP GAIL)<br>2124 FLATBUSH AVENUE<br>VR16319Q<br>BROOKLYN, NY  11234<br>718-377-0200<br>recordings@vintageabstract.com |
|---|---|

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3137 | 21 | Entire Lot | 85-29 65TH ROAD |

**Property Type:** DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel___ Page_____ *or* File Number_____

**PARTIES**

| **GRANTOR/SELLER:**<br>RATIBA SALIM<br>85-29 65TH ROAD<br>REGO PARK, NY  11374 | **GRANTEE/BUYER:**<br>WAHID SALEEM<br>85-29 65TH ROAD<br>REGO PARK, NY  11374 |
|---|---|

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    05-11-2011 11:39
City Register File No.(CRFN):
2011000170176

*City Register Official Signature*

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 5th day of May, 2011

BETWEEN

RATIBA SALIM, residing at 85-29 65th Road, Rego Park, New York 11374,

party of the first part, and

WAHID SALEEM, residing at 85-29 65th Road, Rego Park, New York 11374,

party of the second part,
WITNESSETH, that the party of the first part, in consideration of
TEN DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE CONDIERATION -------------- dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Second Ward of the Borough and County of Queens, City and State of New York, bounded and described as set forth on Schedule "A" attached hereto and made a part hereof.

Said premises being known as and by the street address 85-29 65th Road, Rego Park, New York 11374.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_RATIBA SALIM_ (signature)

RATIBA SALIM

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290



| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of **KINGS** , ss: | State of New York, County of , ss: |
| On the **5th** day of **May** in the year **2011** , before me, the undersigned, personally appeared **Ratiba Salim** , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the day of in the year , before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |

*JOHN S. FERRETTI, Notary Public, State of New York, 24-4992585, Qualified in Kings County, Commission Expires Feb. 24, 20__*

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of , ss: | *State of , County of , ss: *(Or insert District of Columbia, Territory, Possession or Foreign County) |
| On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto | On the day of **May** in the year **2011** , before me, the undersigned personally appeared Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |

# Bargain and Sale Deed
## With Covenants

Title No. VR16319Q

**RATIBA SALIM**

TO

**WAHID SALEEM**

SECTION:
BLOCK: 3137
LOT: 21
COUNTY OR TOWN: QUEENS COUNTY

**DISTRIBUTED BY**

**YOUR TITLE EXPERTS**
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485) FAX: 800-FAX-9396

**RETURN BY MAIL TO:**

JOHN S. FERRETTI, ESQ.
5122 AVENUE N
BROOKLYN, NEW YORK 11234



*TITLE NO. 306-Q-16004* 

*All that certain plot, piece or parcel of land, situate, lying and being in the Second Ward of the Borough and County of Queens, City and State of New York, bounded and described as follows:*

*BEGINNING at the corner formed by the intersection of the Northerly side of 65th Road with the Westerly side of Fitchett Street;*

*RUNNING THENCE Westerly along the Northerly side of 65th Road 32.59 feet;*

*THENCE Northerly at right angles to the Northerly side of 65th Road and part of the distance through a party wall and a garage party wall for the full length of said wall, 101.61 feet to the Southerly boundary line of property shown on a certain map entitled "Map of Forest Hills West, Section No. 2, Second Ward, Borough of Queens, New York City, surveyed 4/15/22, by Erlandsen & Crowell, C.S.", and filed in the Office of the Queens County Clerk, now Register's Office on 6/22/22 as Map No. 4138;*

*THENCE Northeasterly on a line forming an interior angle of 104 degrees 18 minutes 20 seconds with the last mentioned line along the Southerly boundary line of the above mentioned map, 3.17 feet to the Westerly side of Fitchett Street;*

*Thence southerly along the Westerly side of Fitchett Street, 106.17 feet to the corner, at the point or place of BEGINNING.*

**FOR CONVEYANCING ONLY, IF INTENDED TO BE CONVEYED. TOGETHER WITH ALL RIGHTS, TITLE AND INTEREST OF, IN AND TO ANY STREETS AND ROADS ABUTTING THE ABOVE DESCRIBED PREMISES TO THE CENTER LINE THEREOF.**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| | 2011050600178001001S177D |

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|
| **Document ID:** 2011050600178001  Document Date: 05-05-2011  Document Type: DEED | Preparation Date: 05-06-2011 |

**ASSOCIATED TAX FORM ID:** 2011050500042

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

## REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code: [ ]
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book: [ ] C4. Page: [ ]
- OR
- C5. CRFN: [ ]

### PROPERTY INFORMATION

**1. Property Location:** 85-29 | 65TH ROAD | QUEENS | 11374
(STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE)

**2. Buyer Name:** SALEEM | WAHID
(LAST NAME / COMPANY | FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR [ ] Part of a Parcel
- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** ___ FRONT FEET X ___ DEPTH OR ___ ACRES
- 6. Ownership Type is Condominium [ ]
- 7. New Construction on Vacant Land [ ]

**8. Seller Name:** SALIM | RATIBA
(LAST NAME / COMPANY | FIRST NAME)

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A [ ] One Family Residential
- B [✓] 2 or 3 Family Residential
- C [ ] Residential Vacant Land
- D [ ] Non-Residential Vacant Land
- E [ ] Commercial
- F [ ] Apartment
- G [ ] Entertainment / Amusement
- H [ ] Community Service
- I [ ] Industrial
- J [ ] Public Service

### SALE INFORMATION

**10. Sale Contract Date:** 5 / 5 / 2011
**11. Date of Sale / Transfer:** 5 / 5 / 2011
**12. Full Sale Price:** $ 0
**13. Indicate the value of personal property included in the sale:** ___

**14. Check one or more of these conditions as applicable to transfer:**
- A [✓] Sale Between Relatives or Former Relatives
- B [ ] Sale Between Related Companies or Partners in Business
- C [ ] One of the Buyers is also a Seller
- D [ ] Buyer or Seller is Government Agency or Lending Institution
- E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
- F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
- G [ ] Significant Change In Property Between Taxable Status and Sale Dates
- H [ ] Sale of Business is Included in Sale Price
- I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
- J [ ] None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** B 3
**16. Total Assessed Value (of all parcels in transfer):** 27,763
**17. Borough, Block and Lot / Roll Identifier(s):** QUEENS 3137 21

### CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
Signature: Wahid Saleem | Date: 5/5/11
85-29 65th Road
Rego Park, NY 11374

**BUYER'S ATTORNEY**
LAST NAME | FIRST NAME
AREA CODE | TELEPHONE NUMBER

**SELLER**
Signature: Ratiba Salim | Date: 5/5/11

2011050500042201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER**

Wahid Saleem | 5/5/11
BUYER SIGNATURE | DATE

85-29 | 65th Road
STREET NUMBER | STREET NAME (AFTER SALE)

Rego Park | NY | 11374
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME | FIRST NAME

AREA CODE | TELEPHONE NUMBER

**SELLER**

Rafina Salim | 5/5/11
SELLER SIGNATURE | DATE

2011050500042201

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York ) 
) SS.: 
County of Kings )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 85-29 65TH ROAD | | | , _____ , |
|---|---|---|---|
| Street Address | | | Unit/Apt. |
| QUEENS | New York, 3137 | 21 | (the "Premises"); |
| Borough | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_Ratiba Salim_  |  _Wahid Saleem_
Name of Grantor (Type or Print)  |  Name of Grantee (Type or Print)

_Ratiba Salim_  |  _Wahid Saleem_
Signature of Grantor  |  Signature of Grantee

Sworn to before me this 6th date of May 19 2011  |  Sworn to before me this 5th date of May 19 2011

JOHN S. FERRETTI
Notary Public, State of New York
Qualified in Kings County
Commission Expires Feb. 24, 20__

JOHN S. FERRETTI
Notary Public, State of New York
Qualified in Kings County
Commission Expires Feb. 24, 20__

These statements are made with the knowledge that a willfully false representation is unlawfully made and is punishable as a crime of perjury under Article 210 of the Penal Law.

NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.

1

2011050500042101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: QUEENS    BLOCK: 3137    LOT: 21

(2) Property Address: 85-29 65TH ROAD, QUEENS, NY 11374

(3) Owner's Name: SALEEM , WAHID

Additional Name:

**Affirmation:**

[✓] Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: WAHID SALEEM        6/5/2011

Signature: Wahid Saleem _____Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS REV. 8/08

2011050500042101