CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.

Attorneys for Long Island City Auto, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                          Chapter 11
                                                                                       Case No. 11-11388 (JMP)
Big Apple Volkswagen, LLC,
                                                                                       **NOTICE OF APPEARANCE**
                                               Debtor.                        **AND DEMAND FOR NOTICES**
-----------------------------------------------------------X  **AND PAPERS**

SIRS:

PLEASE TAKE NOTICE THAT Long Island City Auto, LLC ("LICA") hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the Untied States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address and telephone number:

> Matthew G. Roseman, Esq.
> Cullen and Dykman, LLP
> 100 Quentin Roosevelt Boulevard
> Garden City, New York 11530
> Telephone: (516) 357-3700

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of LICA: (1) to have final orders in noncore matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which LICA is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
       June 23, 2011

                                    CULLEN AND DYKMAN LLP

                                    By: s/ Matthew G. Roseman
                                    Matthew G. Roseman, Esq.
                                    Attorneys for Long Island City Auto, LLC
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, New York 11530
                                    (516) 357-3700

TO:    Eric J. Snyder, Esq.
          Wilk Auslander LLP
          675 Third Avenue
          9th Floor
          New York, New York 10017

          Leslie S. Barr, Esq.
          Windels Marx Lane & Mittendorf, LLP
          156 West 56th Street
          New York, New York 10019

Richard C. Morrissey, Esq.
United States Trustee
33 Whitehall Street
21st Floor
New York, New York  10004

Glenn Backer, Esq.
292 Madison Avenue, 22nd Floor
New York, New York  10017

William J. Barrett, Esq.
Barack Ferrazzano Kirschbaum Nagelberg
200 W. Madison Street
Suite 3900
Chicago, IL  60606

Jonathan D. Deily, Esq.
F. Matthew Jackson, Esq.
Deily, Mooney & Glastetter LLP
8 Turlow Terrace
Albany, New York  12203-1006

Kimberly Joan Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street
Suite 300
Chicago, IL  60606

Andrew M. Thaler, Esq.
Thaler & Gertler, LLP
90 Merrick Avenue
Suite 400
East Meadow, New York  11554