

Alan Nisselson
212.237.1021
anisselson@windelsmarx.com

windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

July 18, 2011

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004

Re: **In re Big Apple Volkswagen, LLC**
**Case No. 11-11388 (JMP)**

Dear Judge Peck:

    I am the Chapter 11 Trustee in the above-referenced matter. This is to confirm that the landlord's motion for modification of the automatic stay and the Trustee's motion for an extension of time to assume or reject the lease of the dealership premises have been adjourned on consent until September 15, 2011 at 10:00 a.m. (the adjourned hearing). A consent order authorizing an extension of time to assume or reject the lease shall be presented to Your Honor as soon as it is drafted and signed.

    Thank you for your consideration of this matter.

Respectfully,

Alan Nisselson

AN:ms

Enclosure

cc: Katherine A. Geraci, Esq.

{10655732:1}