William J. Barrett
Randall L. Oyler
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:    312-984-3100
Facsimile:    312-984-3150
Email: william.barrett@bfkn.com
Email: randall.oyler@bfkn.com

*Attorneys for Volkswagen Group of America, Inc.
d/b/a Volkswagen of America, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **BIG APPLE VOLKSWAGEN, LLC,** | **Case No. 11-11388-jmp** |
| **Debtor.** | |

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a VOLKSWAGEN OF AMERICA, INC. FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing scheduled for July 27, 2011 at 10:00 a.m. to consider the Motion for Relief From the Automatic Stay Under 11 U.S.C. §362 (the "Motion") (Docket No. 41) by Volkswagen Group of America, Inc., d/b/a Volkswagen of America, Inc., has been adjourned, pursuant to agreement of the parties, to **October 6, 2011 at 10:00 a.m. (Eastern Prevailing Time).** The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned from time to time without further notice other than the announcement of such adjournment in open court or by posting of such adjourned date to the Court's calendar on the aforementioned date

Dated: July 26, 2011 at Chicago, Illinois.

        Respectfully submitted,

        BARACK FERRAZZANO KIRSCHBAUM
         & NAGELBERG LLP

        By    */s/ William J. Barrett*
        William J. Barrett
        Randall L. Oyler
        BARACK FERRAZZANO KIRSCHBAUM &
        NAGELBERG LLP
        200 West Madison Street, Suite 3900
        Chicago, IL 60606
        Telephone:    312-984-3100
        Facsimile:     312-984-3150
        Email: william.barrett@bfkn.com
        Email: randall.oyler@bfkn.com

        *Attorneys for Volkswagen Group of America, Inc.*
        *d/b/a Volkswagen of America, Inc.*

# CERTIFICATE OF SERVICE

I, William J. Barrett, an attorney, hereby certify that a copy of the foregoing **NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a VOLKSWAGEN OF AMERICA, INC. FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** was duly served to all registered parties in this case through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and by U.S. first class mail, postage prepaid, on July 26, 2011 to the parties listed below:

Big Apple Volkswagen, LLC
3743 Boston Post Road
Bronx, NY 10466

Eric J. Snyder
Wilk Auslander LLP
675 Third Avenue, 9th Floor
New York, NY 10017

Michael J. Gorman
McDowell Rice Smith & Buchanan PC
605 West 47th Street – Suite 350
Kansas City, MO 64112

Office of the United States Trustee
U.S. Department of Justice
33 Whitehall Street, 21st Floor
New York, NY 10004

Jonathan D. Deily
F. Matthew Jackson
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

Michael J. Gorman
McDowell Rice Smith & Buchanan PC
605 West 47th Street – Suite 350
Kansas City, MO 64112

Glenn Backer
292 Madison Avenue (22nd Fl.)
New York, NY 10017

[To attached creditor list]

    /s/ William J. Barrett
    William J. Barrett

# MAILING SERVICE LIST

Citibank South Dakota
4740 121st Street
Urbandale, IA 50323-2402

Zurich American Ins. Co.
Attn: Donna Forman 5th Fl.
7045 College Blvd.
Overland Park, KS 66211-1523

Snap-On Credit LLC
950 Technology Way, Ste. 301
Libertyville, IL 60048

Universal Underwriters
1683 Paysphere Circle
Chicago, IL 60674

Reynolds & Reynolds
23150 Network Place
Chicago, IL 60673

Reyna Capital Corp.
21175 Network Place
Chicago, IL 60673-1211

Willow Brook Development LLC
2 Noble Street
Brooklyn, NY 11222

World Pac
37137 Hickory Street
Newark, CA 94560

Siegel Distributing Co.
197 Folk Road
Breinigsville, PA 18031

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

Interchange Capital Co., Inc.
80 Park West/Plaza Two
Saddle Brook, NJ 07663

JM&A Group
500 Jim Moran Blvd.
Deerfield Beach, FL 33442

Autotrader.com
PO Box 932207
Atlanta, GA 31193

The Cobalt Group
Dept. CH17034
Palatine, IL 60055

Gundermann & Gundermann
175 W. Carver Street
Brooklyn, NY 11243-0560

Car Fax Inc.
16630 Collection Center Drive
Chicago, IL 60693

Great American Bus. Products
PO Box 4422
Houston, TX 77210

Cars.com
2413 Collection Center Drive
Chicago, IL 60693

Consolidated Edison Co. of NY, Inc.
Attn. Bankruptcy Group
4 Irving Place, Room 1875-S
New York, NY 10003-3502

Reyna Capital Corporation
PO Box 2608
Dayton, OH 45401-2608

Ignazio & Rosalie Franciamore
21 Michael Drive
Scarsdale, NY 10583

Empire Blue Cross
PO Box 1407
Church Street Station
New York, NY 1000-1407

Higher Gear Group
36487 Treasury Center
Chicago, IL 60694

Auto Revenue
PO Box 3868
Norfolk, VA 23514-3220

Dave Shergalis Account
112 N. Plum Street
Media, PA 19063

Verizon
PO Box 15124
Albany, NY 12212-5124

Fedex Techconnect Inc.
Attn. Revenue Recovery/Bankruptcy
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116

Ignazio & Rosalie Franciamore
c/o Thaler & Gertler, LLP
90 Merrick Avenue, Suite 400
East Meadow, NY 11554

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John Koeppel
808 Columbus Avenue (Apt. 9K)
New York, NY 10025

NYS Department of Labor
State Office Building
Building 12, Room 256
Albany, NY 12240

NYS Dept of Tax and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

VW Credit, Inc.
PO Box 329
2333 Waukegan Road
Deerfield, IL 60015