WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 11 Trustee*
156 West 56th Street
New York, New York 10019
(212) 237-1000
Attorneys appearing:  Alan Nisselson (anisselson@windelsmarx.com)
　　　　　　　　　　Leslie S. Barr (lbarr@windelsmarx.com)
　　　　　　　　　　Derek Etheridge (detheridge@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| BIG APPLE VOLKSWAGEN, LLC, | Chapter 11 |
| Debtor. | Case No. 11-11388 (JMP) |

**CONSENT ORDER EXTENDING THE TIME TO ASSUME OR REJECT THE DEALERSHIP LEASE, AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**

Upon the motion dated June 29, 2011 (the "**Motion**") of Alan Nisselson ("**Trustee**"), trustee for the chapter 11 estate of Big Apple Volkswagen, LLC (the "**Debtor**"), for entry of an Order pursuant to section 365(d)(4) of title 11 of the United States Code (the "**Bankruptcy Code**") extending the time to assume or reject an unexpired lease of nonresidential real property (the "**Dealership Lease**") to September 28, 2011, all as more fully described in the Motion; and the Trustee having caused the Motion and notice thereof to be filed with the Court and served upon counsel for Ignazio and Rosalie Francamore (the "**Landlord**"), counsel for the Proposed Purchaser (described in the Motion), Debtor's counsel, all known creditors and parties in interest listed by the Debtor in this case, the Office of the U.S. Trustee, counsel for VW Credit, Inc., and counsel for Volkswagen of America, Inc., as evidenced by the Affidavit of Service on file with the Court, which notice constitutes due and sufficient notice of the Motion; and a Limited Objection to the Motion having been filed by the Landlord and a Reply having been filed by the Trustee in response to the Limited Objection; and the Landlord and Trustee having agreed to an

adjournment of the Motion and to an extension of the time as set forth in the Motion to the date of an adjourned hearing; and good and sufficient cause appearing therefore, and after due deliberation, it is

**ORDERED** that the hearing on the Motion shall be adjourned (the "Adjourned Hearing") to September 15, 2011 at 10:00 a.m.;

**ORDERED** that the time within which the Trustee may assume or reject the Dealership Lease pursuant to Bankruptcy Code § 365(d)(4)(B)(i) is extended to and including the date of the Adjourned Hearing; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
July 26, 2011

                                                       *s/ James M. Peck*
                                                      UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

/s/ Katherine Geraci
Thaler Gerther LLP
Attorney for Landlord
90 Merrick Avenue
Suite 400
East Meadow, NY 11554