```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re: Big Apple Volkswagen, LLC      Chapter 11
                                      Case No. 11-11388 (JMP)
                                      Claim No. 2


                    Debtor(s).
----------------------------------X
```

NOTICE: TRANSFER OF CLAIM PURSUANT TO **FRBP 3001(e)(2) or (4)**

To:
Citibank South Dakota NA
DBA
4740 121st St
Urbandale, IA 50323


The transfer of your claim as shown above, in the amount of $218.93 has been transferred **(unless previously expunged by court order)** to:

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117


No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST: FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
>United States Bankruptcy Court
>Southern District Of New York
>One Bowling Green
>New York, New York 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.** 94 in your objection.
If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                                                VITO GENNA, CLERK

--------------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on July 29, 2011.


                                                /S/Greg White
                                                Deputy Clerk